# Third District Court of Appeal

## State of Florida

Opinion filed April 23, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1220
Lower Tribunal No. 21-26046
_____

## Joaquin Alexandre Coll, et al.,
Appellants,

vs.

## 11USAGroup, LLC, et al.,
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

The Scharf Appellate Group, and Erik W. Scharf; Kawel PLLC, and Andrew Paul Kawel, for appellants.

Kelley Legal, and Marissa D. Kelley and Dylan M. Fulop (Fort Lauderdale), for appellees.

Before LOGUE, C.J., and SCALES and BOKOR, JJ.

PER CURIAM.

Appellants Joaquin Alexandre Coll and Victoria Teng-Le appeal an order denying their motion to amend their complaint to add claims for punitive damages. We conclude Appellants failed to make a reasonable showing which would provide a reasonable basis for recovery of punitive damages. § 768.72(1), Fla. Stat. (2024). Therefore, the trial court properly performed its gatekeeping function. See Palm Bay Towers Condo. Ass'n v. Marrazza, 50 Fla. L. Weekly D104, at *2 (Fla. 3d DCA Jan. 2, 2025) ("Thus, the trial court serves as a 'gatekeeper,' whose function is to assess whether there is a reasonable evidentiary basis for recovery." (citing Gattorno v. Souto, 390 So. 3d 134, 137 (Fla. 3d DCA 2024))).

In reaching this conclusion, we do not diminish the claims made, or the injuries allegedly suffered, by the Appellants. "Nevertheless, there is nothing in the showing made by [Appellants] in this case which makes a reasonable showing that [Appellees'] actions were of a 'gross and flagrant character, evincing reckless disregard of human life, or of the safety of persons exposed to its dangerous effects.'" Five Fran, LLC v. Davis, 50 Fla. L. Weekly D136, at *3 (Fla. 3d DCA Jan. 8, 2025) (quoting Est. of Despain v. Avante Grp., Inc., 900 So. 2d 637, 640 (Fla. 5th DCA 2005) ("To merit an award of punitive damages, the defendant's conduct must transcend the level of ordinary negligence and enter the realm of willful and wanton misconduct.")).

Affirmed.